United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                        Case No. **10- 06386**

**NEGRON-SOTO, Billy & SOTO-VIERA, Debbie**            Chapter **13**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

| PLAN DATED: **7/10/2010** <br> ☑ PRE ☐ POST-CONFIRMATION | ☐ AMENDED PLAN DATED: _____ <br> Filed by: ☐ Debtor ☐ Trustee ☐ Other |
|---|---|
| **I. PAYMENT PLAN SCHEDULE** | **II. DISBURSEMENT SCHEDULE** |
| $ **550.00** x **12** = $ **6,600.00** <br> $ **900.00** x **48** = $ **43,200.00** <br> $ ____ x ____ = $ ____ <br> $ ____ x ____ = $ ____ <br> $ ____ x ____ = $ ____ <br><br> TOTAL: $ **49,800.00** <br><br> Additional Payments: <br> $ ____ to be paid as a LUMP SUM within ____ with proceeds to come from: <br><br> ☐ Sale of Property identified as follows: <br> _____ <br> _____ <br><br> ☐ Other: <br> _____ <br> _____ <br><br> Periodic Payments to be made other than, and in addition to the above: <br> $ ____ x ____ = $ ____ <br><br> PROPOSED BASE: $ **49,800.00** | A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____ <br> B. SECURED CLAIMS: <br> ☐ Debtor represents no secured claims. <br> ☑ Creditors having secured claims will retain their liens and shall be paid as follows: <br> 1. ☑ Trustee pays secured ARREARS: <br> Cr. **BANCO POPULAR D**   Cr. ____   Cr. ____ <br> # **3778**      # ____      # ____ <br> $ **1,850.00**   $ ____   $ ____ <br> 2. ☐ Trustee pays IN FULL Secured Claims: <br> Cr. ____   Cr. ____   Cr. ____ <br> # ____    # ____    # ____ <br> $ ____   $ ____   $ ____ <br> 3. ☐ Trustee pays VALUE OF COLLATERAL: <br> Cr. ____   Cr. ____   Cr. ____ <br> # ____    # ____    # ____ <br> $ ____   $ ____   $ ____ <br> 4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder: <br> **ASOCIACION DE EM    TRONQUI COOP    TRONQUI COOP** <br> 5. ☐ Other: <br><br> 6. ☑ Debtor otherwise maintains regular payments directly to: <br> **BANCO POPULAR D     ADMINISTRACION D** <br> C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) <br> D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims. <br> 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____ <br>                 ☐ Paid 100% / ☐ Other: ____ <br> Cr. ____   Cr. ____   Cr. ____ <br> # ____    # ____    # ____ <br> $ ____   $ ____   $ ____ <br> 2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| **III. ATTORNEY'S FEES** <br> (Treated as § 507 Priorities) <br><br> Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,700.00** | OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*) <br> **TRUSTEE TO PAY ATTORNEYS FEES BEFORE ANY OTHER CREDITOR PURSUANT SECTION 330** <br><br> **ANY INCOME TAX REFUND RECEIVED BY DEBTORS WILL BE PROVIDED TO FUND THE PLAN. THIS AMOUNT WILL INCREASE THE BASE AUTOMATICALLY WITHOUT THE NEED OF A HEARING OR COURT ORDER. IF NEED BE FOR THE USE OF SUCH FUNDS DEBTOR SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE.** |
| Signed: **/s/ Billy NEGRON-SOTO** <br>           Debtor <br><br>           **/s/ Debbie SOTO-VIERA** <br>           Joint Debtor | |

Attorney for Debtor **Juan C Bigas**                                                Phone: **(787) 259-1000**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | AUTORIDAD DE ACU | | |
| | AUTORIDAD DE ENE | | |
| | BANCO POPULAR DI | | |