# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

❖❖❖❖❖❖❖❖❖❖❖❖❖❖

IN RE:                             CASE NO.      10-06386 BKT

BILLY NEGRON SOTO
DEBBIE SOTO VIERA

           Debtors                        CHAPTER      13

❖❖❖❖❖❖❖❖❖❖❖❖❖❖

## *DEBTORS MOTION TO AMEND PLAN*

TO THE HONORABLE COURT:

**NOW COME** Debtors herein, **BILLY NEGRON SOTO** and **DEBBIE SOTO VIERA**, by their undersigned attorney, and very respectfully ALLEGE AND PRAY:

1. On this date, debtors are amending their Chapter 13 Payment Plan in order to:

- **To specify order of payment of Popular Auto Lease.**

**WHEREFORE**, Debtors respectfully request that the Amended Chapter 13 Payment Plan be accepted and that all other remedies which are proper and just be granted.

### *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, Jose R Carrion, US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto. This certificate of service is filed to comply with the Honorable Court's General Order 03-01 that requires that this certificate of service be filed no later than three (3) days after the service of the plan referred to above.

In San Juan, Puerto Rico, this 8th day of September, 2010.

                         By:      /s/ Juan C. Bigas Valedon
                                  JUAN C. BIGAS VALEDON
                                  Attorneys for Debtor
                                  U.S.D.C. NO. 215404
                                  P.O. Box 7011
                                  Ponce, P.R. 00732-7011
                                  Tel. 259-1000; Fax 842-4090

United States Bankruptcy Court
District of Puerto Rico

IN RE: | Case No. 10-06386 BKT

NEGRON-SOTO, Billy & SOTO-VIERA, Debbie
Debtor(s)

Chapter 13

# AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☒ AMENDED PLAN DATED: 9/08/2010
Filed by: ☒ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

$ 550.00 x 12 = $ 6,600.00
$ 900.00 x 48 = $ 43,200.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 49,800.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 49,800.00

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,700.00

Signed: /s/ Billy NEGRON-SOTO
Debtor

/s/ Debbie SOTO-VIERA
Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D** Cr. _____ Cr. _____
# **3778** # _____ # _____
$ **1,850.00** $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☒ Debtor SURRENDERS COLLATERAL to Lien Holder:
**ASOCIACION DE EM   TRONQUI COOP   TRONQUI COOP**
5. ☐ Other:

6. ☒ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D   ADMINISTRACION D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
TRUSTEE TO PAY ATTORNEYS FEES BEFORE ANY OTHER CREDITOR PURSUANT SECTION 330

TRUSTEE TO CURE LEASE ARREARS AFTER PAYMENT OF ATTORNEY FEES.

ANY INCOME TAX REFUND RECEIVED BY DEBTORS WILL BE PROVIDED TO FUND THE PLAN. THIS AMOUNT WILL INCREASE THE BASE AUTOMATICALLY WITHOUT THE NEED OF A HEARING OR COURT ORDER. IF NEED BE FOR THE USE OF SUCH FUNDS DEBTOR SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE.

Attorney for Debtor **Juan C Bigas** | Phone: **(787) 259-1000**

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE NEGRON-SOTO, Billy & SOTO-VIERA, Debbie          Case No. 10-
                              Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | AUTORIDAD DE ACU | | |
| | AUTORIDAD DE ENE | | |
| | BANCO POPULAR DI | | |

**10-06386-BKT13** BILLY NEGRON SOTO and DEBBIE SOTO VIERA
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Bankruptcy Judge:** BRIAN K. TESTER
**Date filed:** 07/16/2010 **Date of last filing:** 08/23/2010

# Creditors

| | |
|---|---|
| **ADMINISTRACION DE LOS SISTEMAS DE RETIRO**<br>ESTACION MINILLAS APARTADO 42003<br>SAN JUAN PR 00940 | (3027786)<br>(cr) |
| **ADVANCE AUTO PARTS**<br>PO BOX 609<br>MEMPHIS TN 38101-0609 | (3027787)<br>(cr) |
| **ASOCIACION DE EMPLEADOS DEL ELA**<br>PO BOX 364508<br>SAN JUAN PR 00936-4508 | (3027788)<br>(cr) |
| **AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO**<br>PO BOX 70101<br>SAN JUAN PR 00936-8101 | (3027789)<br>(cr) |
| **AUTORIDAD DE ENERGIA ELECTRICA DE PR**<br>PO BOX 363508<br>SAN JUAN PR 00936-3508 | (3027790)<br>(cr) |
| **BANCO POPULAR DE PUERTO RICO**<br>PO BOX 362708<br>SAN JUAN PR 00936-2708 | (3027791)<br>(cr) |
| **BILLY NEGRON SOTO**<br>HC-03 BOX 9162<br>GURABO PR 00778 | (3027783)<br>(cr) |
| **COMMOLOCO**<br>PO B OX 363769<br>SAN JUAN PR 00936-3869 | (3027792)<br>(cr) |
| **CommoLoCo, Inc.**<br>P.O. Box 363769<br>San Juan, PR 00936-3769 | (3039992)<br>(cr) |
| **DEBBIE SOTO RIVERA**<br>HC-03 BOX 9162<br>GURABO PR 00778 | (3027784)<br>(cr) |
| **ISLAND FINANCE**<br>LA FUENTE TOWN CENTER PO BOX 120<br>GUAYAMA PR 00785 | (3027793)<br>(cr) |

| | |
|---|---|
| **JUAN C BIGAS VALEDON**<br>PO BOX 7011<br>PONCE PR 00732 | (3027785)<br>(cr) |
| **MONEY EXPRESS**<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | (3032053)<br>(cr) |
| **MONEY EXPRESS**<br>PO BOX 11867<br>SAN JUAN PR 00910-3867 | (3027794)<br>(cr) |
| **POPULAR AUTO (POPULAR LEASING)**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PUERTO RICO 00936-6818 | (3036058)<br>(cr) |
| **SAM'S**<br>PO BOX 530942<br>ATLANTA GA 30353-0942 | (3027795)<br>(cr) |
| **SANTANDER FINANCIAL D/B/A ISLAND FINANCE**<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | (3034511)<br>(cr) |
| **SANTANDER FINANCIAL D/B/A ISLAND FINANCE**<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | (3034531)<br>(cr) |
| **SEARS**<br>PO BOX 183081<br>COLUMBUS OH 43218-3081 | (3027796)<br>(cr) |
| **TRONQUI COOP**<br>CALLE DEL PARQUE # 357 PDA 23<br>SANTURCE PR 00912 | (3027798)<br>(cr) |
| **TRONQUI COOP**<br>CALLE DEL PARQUE 357 ODA 23<br>SANTURCE PR 00912 | (3027797)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/08/2010 12:11:37 | | | |
| **PACER Login:** | bb2191 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 10-06386-BKT13 Creditor Type: All |

| Billable Pages: | 1 | Cost: | 0.08 |