UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>BILLY NEGRON SOTO<br>DEBBIE SOTO VIERA<br><br>DEBTOR (S) | CASE NO. 10-06386-BKT<br><br>CHAPTER 13 |

### TRUSTEE'S FAVORABLE REPORT
### ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**     Gen Unsecured Pool:  **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$9,971.00**.  R2016 STM. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,700.00 Fees paid: $0.00 Fees Outstanding: $2,700.00**

With respect to the proposed (amended) Plan dated: **September 08, 2010** (Dkt 12). Plan Base: **$49,800.00**

**The Trustee Recommends the confirmation of the proposed (amended) plan as it complies with all the requirements for its confirmation pursuant to 11 U.S.C. §1325 and other related sections of the Bankruptcy Code.**

**Comments:**

**NONE**

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

In San Juan, Puerto Rico this September 13, 2010.

/s/ José R. Carrion
/s/ Juliel Perez -Staff Attorney
JOSE R. CARRION, CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902-3884
Tel. (787) 977-3535  Fax  (787) 977-3550

jp